400 A.2d 618

Jacobs et al. v. Allied Paint Company et al.

Appeal of Allied Paint Company.

588

■■■■ Argued December 4, 1978. John J. Leshinski, for appellant; Alvin L. Delevie, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.